CSD 1180 (Page 2) [07/01/18]

Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Debtor-In-Possession Class War, Inc.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Class War, Inc.

BANKRUPTCY NO. 19-00293-LT11

Tax I.D.(EIN)#: /S.S.#:XXX-XX- Debtor.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO OTHER PARTIES IN INTEREST:

**You are hereby notified** that Class War, Inc.

(select one:) ☐ the Trustee ☐ United States Trustee ☒ Debtor-in-Possession ☐ Creditor,
proposes to: (check all that apply)

☐ Use, sell or lease the following property not in the ordinary course of business [include information as required by FRBP 2002(c)(1)];

☐ Abandon the following property [description of property to be abandoned];

☒ Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by LBR 9019];

The Debtor and Judgment Creditor Jack Schindler have agreed that any lien created pre-petition by the January 10, 2019 service on the Debtor of a Notice to Appear for a Judgment Debtor's examination shall be avoided and treated as a nullity in this bankruptcy case. The effect to the estate is to remove a lien on all of the Debtor's property and to avoid the expense and distraction of an avoidance action to achieve that prupose. A copy of the Debtor's Stipulation with Jack Schindler is attached as Exhibit 1 to the Declaration of Jeremy Rosenthal, filed in support of this Notice of Intended Action.

☐ Seek allowance of compensation or remuneration to debtor(s) or insiders as provided by LBR 4002-2;

☐ Seek compensation, commissions, or expenses of professionals to the extent the aggregate compensation and expenses exceed $1,000 as governed by FRBP 2002(a)(6);

☐ Seek compensation for reimbursement of expenses from the estate when the application is that of the trustee only;

☐ Intended dismissal of a complaint or cause of action for denial of discharge under 11 U.S.C. § 727, provided by FRBP 7041;

Note that sales free and clear of liens and interests require service under FRBP 6004 and a separate declaration identifying the liens and interest.
CSD 1180

American LegalNet, Inc.
www.FormsWorkFlow.com

If you object to the proposed action:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

   | - | MM | - | call (619) 557-7407 | - | DEPARTMENT ONE (Room 218) |
   | - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
   | - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
   | - | CL | - | call (619) 557-6019 | - | DEPARTMENT FIVE (Room 318) |

2. **Within 21[1] days from the date of service of this motion**, you are further required to serve a copy of your *Declaration in Opposition to Motion* and separate *Request and Notice of Hearing* [Local Form CSD 1184[2]] upon the moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

   a. identify the interest of the opposing party; and

   b. state, with particularity, the grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your** "*Declaration in Opposition to Intended Action*" **and** "*Request and Notice of Hearing*" within the 21-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: January 29, 2019

/s/ Michael D. Breslauer, Esq.
Moving Party or Attorney
Attorneys for Debtor-In-Possession Class War, Inc.

---

[1] If you were served by mail, you have 3 additional days to react to this proposed action as calculated by FRBP 9006(f).

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180

American LegalNet, Inc.
www.FormsWorkFlow.com

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 401 B Street, Suite 1200, San Diego, California 92101.

The foregoing document described **DEBTOR'S NOTICE OF INTENDED ACTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Michael D. Breslauer**   mbreslauer@swsslaw.com,
wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
**Douglas Flahaut**   flahaut.douglas@arentfox.com
**Aram Ordubegian**   ordubegian.aram@arentfox.com
**Donald A. Vaughn**   dav@vv-law.com, etopol@vv-law.com

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served):
On January 29, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**TO BE SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 29, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Office of the United States Trustee – ustp.region15@usdoj.gov**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 29, 2019 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| Date | Type Name | Signature |

Class War, Inc.
Attn: Jeremy Rosenthal
20341 SW Birch, Suite 220
Newport Beach, CA 92660-1514

18 Greens
530 2nd Street
Encinitas, CA 92024-3504

All Storage of Encinitas
860 Regal Road
Encinitas, CA 92024-4627

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Ben Gustin
623 Strand Street
Carlsbad, CA 92011-3271

Brainwash
Blk 38D Bendemeer Rd
#20-864
Singapore 334038

California Dept of Tax
& Fee Administration
P.O. Box 942879
Sacramento, CA 94279-0001

City National Bank
P.O. Box 60938
Los Angeles, CA 90060-0938

FTB
P.O. Box 942857
Sacramento, CA 94257-0511

FTB California
Bankruptcy, BE MS A345
P.O. Box 2952
Sacramento, CA 95812-2952

Faction, Inc.
528 2nd Street
Encinitas, CA 92024-3504

Gina Piskur
3673 Boundary Street
San Diego, CA 92104-3805

IRS (notice only)
10th St & Pennsylvania NW
Washington, DC 20530-0001

IRS (notice only)
880 Front St., #3295
San Diego, CA 92101-8807

Jack Schindler
c/o Vaughn & Vaughn
501 West Broadway, Suite 1770
San Diego, CA 92101-8477

Jack Schindler
c/o Vaughn & Vaughn Law
501 West Broadway, Suite 1770
San Diego, CA 92101-8477

Jesse Dawber
468 Puebla Street
Encinitas, CA 92024-2161

Jesse Wayne Dawber
c/o Arent Fox LLP
Attn: Aram Ordubegian
555 West 5th Street, 48th Floor
Los Angeles, CA 90013-1065

Jesse Wayne Dawber
c/o Arent Fox LLP
Attn: Douglas Flahaut
555 West 5th Street, 48th Floor
Los Angeles, CA 90013-1065

Liberty Logos
2013 Olde Regent Way
Suite 150 #193
Leland, NC 28451-4194

Lighthouse Strategic Group Ltd
Arion Comm Centre, Room 305
3rd Fl., 2-12 Queens Road West
Hong Kong

Limpus Prints Inc.
1820 South Sante Fe St
Santa Ana, CA 92705-4815

Middle of Beyond
4518 Patria Drive
San Diego, CA 92115-5920

STFU Global Pte. Ltd.
6 Eu Tong Sen Street #12-20
The Central
Singapore 059817

Silk Screen Shirts Inc.
6185 El Camino Real
Carlsbad, CA 92009-1602

Sketchy Tank
468 Puebla Street
Encinitas, CA 92024-2161

The House of Machines
2028 E 7th Street
Los Angeles, CA 90021-1302

Zumiez
4001 204th Street SW
Lynnwood, WA 98036-6864

Jesse Wayne Dawber
c/o Arent Fox LLP
Attn: Douglas Flahaut
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

(u)Meindl Bekleidung GmBH & Co.KG
Dorfplatz 8-10
Kirchanschoring 83417