MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

*Proposed* Attorneys for Debtor-In-Possession
CLASS WAR, INC.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CLASS WAR, INC.,<br><br>        Debtor. | CASE NO. 19-00293-LT11<br><br>**DECLARATION OF JEREMY ROSENTHAL IN SUPPORT OF NOTICE OF INTENDED ACTION FOR APPROVAL OF STIPULATION PROVIDING FOR AVOIDANCE OF ORAP LIEN FOR ALL PURPOSES IN CHAPTER 11 CASE**<br><br>**[No Hearing Set]**<br><br>Dept: Three (3)<br>Honorable Laura S. Taylor |

I, JEREMY ROSENTHAL, declare:

1. I am over 18 years of age. I am the President, Chief Executive Officer, Chief Restructuring Officer and Secretary of Class War, Inc., a California corporation ("Class War" or the "Debtor"), which is a debtor and debtor-in-possession in the above-captioned Chapter 11 case. I have personal knowledge of

the following facts and could and would competently testify thereto if called as a witness in this matter.

2.    On November 16, 2018, I was appointed President, Chief Executive Officer and Chief Restructuring Officer of Class War, pursuant to the Unanimous Written Consent of the Sole Director.

3.    On January 8, 2019, judgment was entered against the Debtor and in favor of Jack Schindler ("Schindler") in that certain proceeding in San Diego Superior Court Case No. 37-2015-0026810-CU-BT-NU in the sum of $5,391,041.00 (the "Judgment").

4.    On January 10, 2019, I was personally served a "Notice to Appear for Examination" (the "Notice to Appear") in enforcement of the Judgment requiring my appearance at an examination set for January 25, 2019 at 8:30 a.m.

5.    On January 24, 2019 (the "Petition Date"), Class War, Inc. commenced a case under Chapter 11 of Title 11 of the United States Code, in the Bankruptcy Court for the Southern District of California (the "Chapter 11 Case").

6.    In connection with the filing, I instructed Class War's counsel to prepare a complaint to avoid and set aside any lien which was created or which might have been created by the service on me of the Notice to Appear. I also directed that counsel reach out to Mr. Schindler's counsel to discuss resolution of the issues raised by the creation of a lien so close in time to the chapter 11 filing.

7.    Following counsel's exchange, an agreement was reached regarding the disposition of any lien created by the service of the Notice to Appeal which is evidenced by a "Stipulation For Avoidance of ORAP Lien For All Purposes in Chapter 11 Case" (the "ORAP Stipulation"). A true and correct copy of the ORAP Stipulation is attached hereto as Exhibit 1.

8.    Despite much adversity surrounding the underlying debtor-creditor issues in the case, the ORAP Stipulation is an example of the parties' mutual reasonable approach to avoid added cost, uncertainty, delay and distraction. I

believe that the ORAP Stipulation is a reasonable disposition of the status of any lien created by service of the Notice to Appear, and that the parties' approach to the issues addressed within the ORAP Stipulation will result in savings of time, money and distraction to both the estate and Mr. Schindler. Court approval of the ORAP Stipulation is in the best interest of the estate and its creditors.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct of my own personal knowledge and was executed on January 29, 2019 at Culver City, California.

/s/ Jeremy Rosenthal
JEREMY ROSENTHAL

# EXHIBIT 1

MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

*Proposed* Counsel for Debtor-In-Possession CLASS WAR, INC.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 19-00293-LT11 |
| CLASS WAR, INC., | Chapter 11 |
| Debtor. | **STIPULATION FOR AVOIDANCE OF ORAP LIEN FOR ALL PURPOSES IN CHAPTER 11 CASE** |
| | Date:<br>Time:<br>Dept: Three (3) |
| | Honorable Laura S. Taylor |

This Stipulation is entered into by and between Class War, Inc., Debtor and Debtor-In-Possession ("Class War" or "Debtor") in the above-captioned bankruptcy case and Jack Schindler ("Schindler") (Debtor and Schindler collectively, the "Parties" or a "Party") with respect to the following facts and recitals:

A.   On January 24, 2019 (the "Petition Date"), Class War, Inc. commenced a case under Chapter 11 of Title 11 of the United States Code, in the Bankruptcy Court for the Southern District of California (the "Chapter 11 Case").

B.   On January 8, 2019, judgment was entered against the Debtor and Jesse Dawber in that certain proceeding in San Diego Superior Court Case No. 37-2015-0026810-CU-BT-NU in the sum of $5,385,460.00 (the "Judgment").

**EXHIBIT 1**

1  C. On January 10, 2019, Schindler caused to be personally served on Class War, through its representative, Jeremy Rosenthal, a "Notice to Appear for Examination" (the "Notice to Appear") in enforcement of the Judgment requiring appearance at an examination set for January 25, 2019 at 8:30 a.m.

D. The Parties believe that the personal service of the Notice to Appear created a lien on the Debtor's personal property pursuant to California Code of Civil Procedure Section 708.110(d) (the "ORAP Lien").

E. Class War contends that the creation of the ORAP Lien constituted a transfer, as term is defined in 11 U.S.C. Section 101(54), and that the creation of the ORAP Lien is avoidable as a preferential transfer in the Chapter 11 Case.

F. The Parties wish to avoid the expense and distraction of litigation over the avoidance of the ORAP Lien.

NOW THEREFORE, based on the forgoing recitals, and to avoid the expense, distraction and uncertainty of litigation, the Parties, by and through their respective counsel, hereby Stipulate and agree as follows:

1. The ORAP Lien shall be treated for all purposes in this Chapter 11 Case as having been avoided and a nullity, and the legal status of Schindler's claim shall be treated for all purposes as though the Notice to Appear had never been served on Class War.

2. Class War agrees not to file a complaint or adversary proceeding against Schindler based on the ORAP Lien seeking its avoidance as a preferential transfer under 11 U.S.C. §547 or any other applicable statutory provision.

3. The Parties intend that this Stipulation be presented to the Bankruptcy Court presiding in the Chapter 11 Case for approval and entry of an order binding the Debtor and Schindler to its terms.

4. Except for the matters expressly addressed in and by this Stipulation, neither Party waives or relinquishes and right, claim, cause of action or position in the Chapter 11 Case or otherwise.

P:01261665:60673.001

EXHIBIT 1

5.  This Stipulation shall be binding on the Parties and their successors in interest, including any trustee appointed in the Chapter 11 Case or in a Chapter 7 case to which the Chapter 11 Case may be converted.

IT IS SO STIPULATED.

DATED: January 29, 2019      SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
*Proposed* Counsel for Debtor-In-Possession
CLASS WAR, INC.

DATED: January 29, 2019      VAUGHN AND VAUGHN

By: /s/ Donald A. Vaughn
DONALD A. VAUGHN
Attorneys for Creditor Jack Schindler

P:01261665:60673.001

**EXHIBIT 1**

# PROOF OF SERVICE

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On January 29, 2019, I served the following document(s):

**DECLARATION OF JEREMY ROSENTHAL IN SUPPORT OF NOTICE OF INTENDED ACTION FOR APPROVAL OF STIPULATION PROVIDING FOR AVOIDANCE OF ORAP LIEN FOR ALL PURPOSES IN CHAPTER 11 CASE**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Michael D. Breslauer**   mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Douglas Flahaut**   flahaut.douglas@arentfox.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Donald A. Vaughn**   dav@vv-law.com, etopol@vv-law.com

**SERVED BY U.S. MAIL:** On January 29, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**TO BE SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 29, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Office of the United States Trustee – David.A.Ortiz@usdoj.gov**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 29, 2019            By: /s/ Wendy A. Yones
                                        WENDY A. YONES

-4-